IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Civil Case No. 1:16-cv-0054

| | | |
|---|---|---|
| Kay Diane Ansley, Catherine "Cathy" McGaughey, Carol Ann Person, Thomas Roger Person, Kelley Penn, and Sonja Goodman, | ) ) ) ) | **Civil Case No. 1:16-cv-0054** |
| Plaintiffs, | ) ) | **DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT** |
| v. | ) ) | |
| Marion Warren, in his Official Capacity as Director of the North Carolina Administrative Office of the Courts, | ) ) ) ) | [Fed. R. Civ. P. 12(b)(1), (2), (3) and (6)] |
| Defendant. | ) ) | |

Now comes Defendant, Marion Warren in his Official Capacity, by and through the North Carolina Attorney General and the undersigned attorneys, and respectfully moves the Court to dismiss Plaintiffs' Complaint against Defendant in the above-captioned matter pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(2), 12(b)(3) and 12(b)(6). Plaintiffs' Complaint should be dismissed for lack of personal jurisdiction, improper venue, and Plaintiffs' failure to state a claim upon which relief can be granted. Furthermore, this Court lacks subject matter jurisdiction to adjudicate this cause of action due to Plaintiffs' lack of standing.

In support of this motion, Defendant relies on the factual grounds, arguments and legal authorities set forth in the accompanying brief.

Respectfully submitted, this the 5th day of May, 2016.

                                           ROY COOPER
                                           North Carolina Attorney General

                                           /s/ Olga E. Vysotskaya de Brito
                                           Ms. Olga E. Vysotskaya de Brito
                                           Special Deputy Attorney General

North Carolina State Bar No. 31846
North Carolina Dept. of Justice
Post Office Box 629
Raleigh, NC 27602
Telephone: (919) 716-0185
Facsimile: (919) 716-6759
Email: ovysotskaya@ncdoj.gov


/s/ Amar Majmundar
Amar Majmundar
Special Deputy Attorney General
North Carolina State Bar No. 24668
N.C. Department of Justice
Post Office Box 629
Raleigh, NC 27602
Telephone: (919) 716-6821
Facsimile: (919) 716-6759
Email: amajmundar@ncdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this day, May 5, 2016, I electronically filed the foregoing **MOTION TO DISMISS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Olga E. Vysotskaya de Brito
Ms. Olga E. Vysotskaya de Brito
Special Deputy Attorney General

3

Case 1:16-cv-00054-MOC-DLH   Document 38   Filed 05/05/16   Page 3 of 3