UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:16-cv-00054-MOC-DLH

| | | |
|---|---|---|
| CAROL ANN PERSON | ) | |
| THOMAS ROGER PERSON | ) | |
| KELLEY PENN | ) | |
| SONJA GOODMAN | ) | |
| CATHERINE MCGAUGHEY | ) | |
| KAY DIANE ANSLEY, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| MARION WARREN, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's Motion to Dismiss. Having considered defendant's motion and reviewed the pleadings, and it appearing that the motion is now ripe, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Clerk of Court calendar and notice defendant's Motion to Dismiss (#38) for oral arguments during the court's August 2016 mixed trial term in Asheville.

Signed: June 27, 2016

Max O. Cogburn Jr
United States District Judge

-1-