# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:16-cv-54

| | |
|---|---|
| KAY DIANE ANSLEY, et al., ) <br> ) <br>     Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> MARION WARREN, in his Official ) <br> Capacity as Director of the North Carolina ) <br> Administrative Office of the Courts, ) <br> ) <br>     Defendant, ) <br> ) <br> and ) <br> ) <br> BRENDA BUMGARNER, individually ) <br> and on behalf of other similarly situated ) <br> Jane and John Doe Magistrate Judges, ) <br> ) <br>     Proposed Intervenor- ) <br>     Defendant. ) <br> ) | ORDER |

**THIS MATTER** is before the Court on Stuart D. Sloan's Application for Admission to Practice *Pro Hac Vice* of Daniel Joseph Schmid. It appearing that Daniel Joseph Schmid is a member in good standing with the Virginia State Bar and will be appearing with Stuart D. Sloan, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

# ORDER

**IT IS, THEREFORE, ORDERED** that Stuart D. Sloan's Application for Admission to Practice Pro Hac Vice (#58) of Daniel Joseph Schmid is **GRANTED**, and that Daniel Joseph Schmid is ADMITTED to practice, *pro hac vice*, before the Bar of this court while associated with Stuart D. Sloan.

Signed: August 2, 2016

Dennis L. Howell
United States Magistrate Judge