# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| **KAY DIANE ANSLEY, et al.,** | ) | JUDGMENT IN CASE |
| Plaintiffs, | ) | 1:16-cv-00054-MOC-DLH |
| vs. | ) | |
| **MARION WARREN,** in his Official Capacity as Director of the North Carolina Administrative Office of the Courts, | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 20, 2016 Order.

September 20, 2016

Frank G. Johns, Clerk
United States District Court