FILED: July 20, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-2082
(1:16-cv-00054-MOC-DLH)

_____

KAY DIANE ANSLEY; CATHERINE MCGAUGHEY; CAROL ANN PERSON; THOMAS ROGER PERSON; KELLEY PENN; SONJA GOODMAN

      Plaintiffs - Appellants

v.

MARION WARREN, in his Official Capacity as Director of the North Carolina Administrative Office of the Courts

      Defendant - Appellee

------------------------------

NORTH CAROLINA VALUES COALITION; THOMAS MORE LAW CENTER; BRENDA BUMGARNER; CHRISTIAN LEGAL SOCIETY; NATIONAL ASSOCIATION OF EVANGELICALS

      Amici Supporting Appellee

_____

## MANDATE

_____

The judgment of this court, entered June 28, 2017, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*